## CITY OF STAMFORD v. LOCAL 2657, COUNCIL 4, AFSCME
### (4354)

DUPONT, C. J., HULL and SPALLONE, Js.

Argued June 6—decided July 8, 1986

*Deborah M. Steeves,* assistant corporation counsel, with whom, on the brief, was *Jay H. Sandak,* corporation counsel, for the appellant (plaintiff).

*J. William Gagne, Jr.,* with whom, on the brief, was *Barbara J. Collins,* for the appellee (defendant).

PER CURIAM. There is no error.